IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY L. CARTER, | ) | |
| Petitioner, | ) | No. C 97-4005 CRB (PR) |
| vs. | ) | ORDER |
| STEVEN CAMBRA, Warden, | ) | (Doc # 47) |
| Respondent. | ) | |

On August 31, 1998, the court denied on the merits Tony L. Carter's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

On March 29, 2002, the Ninth Circuit affirmed and, on October 15, 2002, the Supreme Court denied certiorari review.

Nearly seven years later, Carter has filed an "application for extension of time to file" another notice of appeal and application for a certificate of appealability (COA). The application (doc # 47) is DENIED. Carter has not shown good cause for the relief he seeks.

SO ORDERED.

DATED: April 6, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.97\Carter, T1.coa.wpd